**97–401. Franklin Iron & Metal Corp. v. Ohio Petroleum Underground Storage Tank Release Comp. Bd.**

Montgomery App. No. 15904. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

Moyer, C.J., Resnick, F.E. Sweeney and Cook, JJ., concur.

Douglas, Pfeifer and Lundberg Stratton, JJ., dissent.